

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

**NO. 2-10-213-CV**

DONALD P. PRENTISS, JR.                                        APPELLANT

V.

ADRIENNE L. PRENTISS                                            APPELLEE

------------

FROM THE 360TH DISTRICT COURT OF TARRANT COUNTY

------------

# MEMORANDUM OPINION[1]

------------

Appellant Donald P. Prentiss, Jr. filed a pro se notice of appeal of a "[j]udgment rendered May 21, 2010." On June 24, 2010, we notified Donald that he had prematurely filed the notice of appeal because the trial court has not signed a final judgment or appealable interlocutory order and that we would dismiss the appeal for want of jurisdiction unless the parties furnished the court with a signed copy of the order that Donald seeks to appeal by July 14, 2010.

---

[1]*See* Tex. R. App. P. 47.4.

*See* Tex. R. App. P. 26.1, 27.1(a), 44.3. We have not received a response. Because there is no final judgment or appealable interlocutory order in this case, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f); *Robertson v. Beadles*, *Newman & Lawler, P.C.*, No. 02-08-00382-CV, 2009 WL 51034, at *1 (Tex. App.—Fort Worth Jan. 8, 2009, no pet.) (mem. op.) (dismissing appeal for want of jurisdiction because of no final judgment or appealable order).

PER CURIAM

PANEL: MEIER, J.; LIVINGSTON, C.J.; and DAUPHINOT, J.

DELIVERED: August 19, 2010